IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR165 |
| vs. | ORDER |
| ZAHID MAQSOOD, | |
| Defendant. | |

Before the court is the defendant's Motion to Continue [31] the previously scheduled evidentiary hearing. The government has no objection. Good cause being shown, the motion will be granted and the hearing on the defendant's Motion to Suppress [22] will be continued.

**IT IS ORDERED:**

1. That the defendant's Motion to Continue Hearing on Motion to Suppress [52] is granted; and

2. The evidentiary hearing on the Motion to Suppress [22] is continued to September 19, 2017 at 11:00 a.m. before Magistrate Judge Michael D. Nelson in Courtroom No. 1, Fourth Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. Since this is a criminal case, the defendant must be present, unless excused by the Court.

Dated this 11th day of August, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge